# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **FORMON THOMPSON,**<br>*Plaintiff,* | § § § | |
| v. | § § | **MO:22-CV-00246-DC** |
| **MIDLAND COLLEGE,**<br>*Defendant.* | § § § | |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 31), Defendant's Motion Summary Judgment is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendant's Motion for Summary Judgment be **GRANTED** and Plaintiff's claims be **DISMISSED** with prejudice.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 14th day of May, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE